HAZARD L. BROWN, Respondent, *v.* CORA I. BROWN et al., Appellants.

Submitted February 20, 1950; decided March 3, 1950.

*Charles R. Bradbury* for motion.

*Michael J. Larkin* and *George R. Grow* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless appellants serve and file an undertaking on appeal and pay $10 costs within ten days, in which events motion denied.